# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN SERRANO REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY ROMANO, et al.,<br><br>    Defendants. | Case No. CV 05-8548-RSWL (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) defendants' motions to dismiss for failure to exhaust administrative remedies are granted and their motions for summary judgment are denied; and (2) judgment shall be entered dismissing this action without prejudice.

DATED: October 8, 2008

         / S /
Honorable RONALD S. W. LEW
SENIOR U. S. DISTRICT COURT JUDGE