# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN SERRANO REYES, | Case No. CV 05-8548-RSWL (JTL) |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| DEPUTY ROMERO, et al., | |
| Defendants. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: October 8, 2008

/ S /
Hon. RONALD S. W. LEW
SENIOR U. S. DISTRICT COURT JUDGE